February 12, 2015



# JUDGMENT

## The Fourteenth Court of Appeals

CURTIS JOHNSON, Appellant

NO. 14-14-00891-CV                    V.

8721 TOWN PARK COMMUNITIES, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on November 3, 2014. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Curtis Johnson.

We further order this decision certified below for observance.